**Electronically Filed**
**Supreme Court**
**SCWC-29044**
**14-SEP-2011**
**11:41 AM**

NO. SCWC-29044

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee

vs.

BRANDON M. VALEROS,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-2281)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on

August 2, 2011 by Petitioner/Defendant-Appellant Brandon M.

Valeros is accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, September 14, 2011.

Karen T. Nakasone, Deputy
Public Defender, on the
application for
petitioner/defendant-
appellant.

Stephen K. Tsushima, Deputy
Prosecuting Attorney, City
and County of Honolulu, on
the response for respondent/
plaintiff-appellee.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

